IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
                                          FILED: SEPTEMBER 3, 2008
EQUAL EMPLOYMENT OPPORTUNITY        )     08CV5005
COMMISSION,                         )     JUDGE GOTTSCHALL
                                    )     MAGISTRATE JUDGE COLE
            Plaintiff,              )           CIVIL ACTION NO.
                                    )
     v.                             ) PH   C O M P L A I N T
CRICK PICTURES, L.L.C.,             )
MANDATE PICTURES, L.L.C.,           )     JURY TRIAL DEMAND
MANDATE HOLDINGS, L.L.C.,           )
            Defendant.              )
_____)
```

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Cynthia Castillo-Hill who was adversely affected by such practices. Defendants violated Title VII by failing to hire Ms. Castillo-Hill to work on the movie Stranger than Fiction because she was pregnant at the time that she applied for employment with them.

JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for Northern District of Illinois.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendants, Crick Pictures, L.L.C., Mandate Holdings L.L.C., and Mandate Pictures, L.L.C., have continuously been doing business in the State of Illinois, and have continuously had at least 15 employees.

5.  At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

11.  More than thirty days prior to the institution of this lawsuit, Cynthia Castillo-Hill filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

12.  Since at least March 2005, Defendants have engaged in unlawful employment practices during the production of the movie Stranger than Fiction by failing to a hire a pregnant applicant for employment on the basis of her pregnancy, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1).

13.  The effect of the practice(s) complained of in paragraph 12 above has been to deprive Cynthia Castillo-Hill of equal employment opportunities and otherwise adversely affect her status as an applicant for employment because of her sex and her pregnancy.

14. The unlawful employment practices complained of in paragraph 12 above were intentional.

15. The unlawful employment practices complained of in paragraph 12 above were done with malice or with reckless indifference to the federally protected rights of Cynthia Castillo-Hill.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination on the basis of sex or pregnancy.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all applicants regardless of sex or pregnancy, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendants to make whole Cynthia Castillo-Hill by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendants to make whole Cynthia Castillo-Hill by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 12 above, including but not limited to job search expenses, in amounts to be determined at trial.

E. Order Defendants to make whole Cynthia Castillo-Hill by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices

complained of in paragraph 12 above, including but not limited to emotional pain and suffering, in amounts to be determined at trial.

    F.  Order Defendants to pay Cynthia Castillo-Hill punitive damages for its malicious and reckless conduct described in paragraph 12 above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    K.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Ronald S. Cooper
General Counsel

Gwendolyn Young Reams
Associate General Counsel
Equal Employment Opportunity Commission
1801 "L" Street, N.W.
Washington, D.C.  20507

s/ John C. Hendrickson

_____
John C. Hendrickson
Regional Attorney

s/ Gregory Gochanour

_____
Gregory Gochanour
Supervisory Trial Attorney

s/ <u>Deborah Hamilton</u>
Deborah Hamilton A.R.D.C. #6269891
Trial Attorney
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois  60661
(312) 353-7649, Deborah.Hamilton@eeoc.gov