# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EEOC V.<br><br>CRICK PICTURES, L.L.C.<br>MANDATE PICTURES, L.L.C.<br>MANDATE HOLDINGS, L.L.C. | Case Number: 06 C 4805<br><br>FILED: SEPTEMBER 3, 2008<br>08CV5005<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| |
|---|
| NAME (Type or print)<br>Gregory Gochanour |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregory Gochanour |
| FIRM<br>EEOC |
| STREET ADDRESS<br>500 W. Madison Street, Suite 2000 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06210804 | TELEPHONE NUMBER<br>(312) 353-7649 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐